1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Ivanito Tauscher, et al.,

**NO. CV-23-00352-PHX-ROS (JFM)**

10        Plaintiffs,

11  v.

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

12  City of Glendale, et al.,

13        Defendants.

14

15    **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18  October 11, 2023, final judgment of dismissal is entered. The complaint and action are

19  dismissed with prejudice.

20                                         Debra D. Lucas
                                         District Court Executive/Clerk of Court

21

22  October 11, 2023

23                                         s/ D. Draper
                                 By    Deputy Clerk

24
25
26
27
28